■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH JACKSON, Appellant. [57 NYS3d 891]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Bogle, J.), rendered October 11, 2016, convicting her of attempted assault in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of her right to appeal precludes review of her contention that the Supreme Court lacked the authority to correct a ministerial error that occurred during the plea proceedings (*see People v Sanders*, 25 NY3d 337, 341-342 [2015]; *People v Lopez*, 6 NY3d 248, 257 [2006]), as well as her challenge to the factual sufficiency of the plea allocution (*see People v Lagarenne*, 148 AD3d 826 [2017]; *People v Carle*, 121 AD3d 1011 [2014]). Her contentions that the error and its allegedly deficient correction affected the voluntariness of her plea and rendered her sentence illegal are not barred by her valid waiver of her right to appeal (*see People v Lopez*, 6 NY3d at 255). However, these contentions are without merit (*see gen-*

*erally People v Wright*, 56 NY2d 613, 614 [1982]; *People v Rubendall*, 4 AD3d 13, 17 [2004]). Rivera, J.P., Leventhal, Austin and Christopher, JJ., concur.